AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 12 2023
ARTHUR JOHNSTON
BY ______ DEPUTY

Elliot Brown
*Petitioner*

v.

Warden . Harrison
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 1125081.A1 3:23cv301 HTW-LGI
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Elliot Brown
   (b) Other names you have used: ______
2. Place of confinement:
   (a) Name of institution: FCI Yazoo City Low
   (b) Address: P.O. BOX 5000, Yazoo City, MS 39194-5000
   (c) Your identification number: 43722-037
3. Are you currently being held on orders by:
   ☒ Federal authorities ☐ State authorities ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Northern District of Maryland 101 W. Baltimore St., Maryland, 21201
   (b) Docket number of criminal case: WDQ-08-0415
   (c) Date of sentencing: July, 29, 2010
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: ______

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other *(explain)*: First Step Credit calculation RRC/HC Placement

6. Provide more information about the decision or action you are challenging:
(a) Name and location of the agency or court: FCI Yazoo City, Low MS

(b) Docket number, case number, or opinion number: 1125081.A1
(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
Full implimentation of FSA and RRC

(d) Date of the decision or action: BP-8(6-24-22),BP-9(7-18-22),BP-10(8-2-22),BP-11(3-29-23)

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
Did you appeal the decision, file a grievance, or seek an administrative remedy?
☒ Yes ☐ No
(a) If "Yes," provide:
(1) Name of the authority, agency, or court: FCI Elkton

(2) Date of filing: June 28, 2022
(3) Docket number, case number, or opinion number: 1125081.F1
(4) Result: Denied
(5) Date of result: July 18, 2022
(6) Issues raised: Award FSA Credits

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: North East Regional Office

(2) Date of filing: August 2, 2022

(3) Docket number, case number, or opinion number: 1125081.R2

(4) Result: Denied

(5) Date of result: October 1, 2022

(6) Issues raised: Award FSA Credits/Placement Date

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: U.S. Bureau of Prisons

(2) Date of filing: February, 9, 2023

(3) Docket number, case number, or opinion number: 1125081.A1

(4) Result: Denied

(5) Date of result: March 29, 2023

(6) Issues raised: Have not applied community placement toward my RRC/HC placement date.

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:
(1) Name of court: ______
(2) Case number: ______
(3) Date of filing: ______
(4) Result: ______
(5) Date of result: ______
(6) Issues raised: ______

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:
(1) Name of court: ______
(2) Case number: ______
(3) Date of filing: ______
(4) Result: ______
(5) Date of result: ______
(6) Issues raised: ______

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: ______

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: ______
(b) Date of the removal or reinstatement order: ______
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☒ No

If "Yes," provide:
(1) Date of filing: ______
(2) Case number: ______
(3) Result: ______
(4) Date of result: ______
(5) Issues raised: ______

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes ☒ No
If "Yes," provide:
(1) Name of court: ______
(2) Date of filing: ______
(3) Case number: ______
(4) Result: ______
(5) Date of result: ______
(6) Issues raised: ______

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: ______
(b) Name of the authority, agency, or court: ______
(c) Date of filing: ______
(d) Docket number, case number, or opinion number: ______
(e) Result: ______
(f) Date of result: ______
(g) Issues raised: ______

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Bureau of Prisons Neglecting to Implement 3624(g) Prerelease Custody. The Prjected RRC/HC Date Based on Application of FSA Time Credits.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

See Attatched form.

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes ☐ No

**GROUND TWO:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☐ No

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: To instruct the BOP to impliment full time credits towards RRC/HC, so I may be placed in prerelease custody.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

May 10, 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: May, 10, 2023

Elliott Brown 43722037

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*